Name: Xiaohua Huang
Address: 505 cypress point drive #272
Mountain view, CA 94043
Phone Number: 669 273 5650
E-mail Address: xiaohua_huang@hotmail.com

Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Xiaohua Huang,

Plaintiff,

vs.

first republic bank

Defendant.

Case Number: 019-CV-08161 SVK

[~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: December 18, 2019

_Susan van Keulen_
United States ~~District~~/Magistrate Judge