UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA HUANG,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST REPUBLIC BANK,<br><br>        Defendant. | Case No. 19-cv-08161-SVK<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW THE COMPLAINT**<br><br>Re: Dkt. No. 14 |

On February 3, 2020, *pro se* Plaintiff Xiaohua Huang ("Plaintiff") filed a motion asking for leave to withdraw his complaint and to dismiss this case without prejudice. Dkt. 14. The Court directs Plaintiff to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure for guidance on how to voluntarily dismiss an action without a court order.

Plaintiff may wish to contact the Federal Pro Se Program, a free program that offers limited legal services and advice to parties who are representing themselves. Help is provided by appointment and on a drop-in basis. Parties may make appointments by contacting the program's staff attorney, Mr. Kevin Knestrick, at 408-297-1480 or kknestrick@asianlawalliance.org. Additional information regarding the Federal Pro Se Program is available at http://cand.uscourts.gov/helpcentersj. In addition, the Court offers a pro se handbook free of charge; a copy may be obtained from the Clerk's office or downloaded from http://cand.uscourts.gov/prosehandbook.

**SO ORDERED.**

Dated: February 3, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge